| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

CHARLES HAROLD HUGHES, §
　　　　　　　　　　　　　　　　§
　　　　Plaintiff, 　　　　　　　　§
　　　　　　　　　　　　　　　　§
*versus* 　　　　　　　　　　　　§　　CIVIL ACTION NO. 9:21-CV-109
　　　　　　　　　　　　　　　　§
WARDEN PEREZ, *et al.*, 　　　　§
　　　　　　　　　　　　　　　　§
　　　　Defendants. 　　　　　　§

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

　　Plaintiff Charles Harold Hughes, proceeding *pro se*, filed this civil rights lawsuit against several defendants. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by defendants Collins and Vincent be granted. To date, the parties have not filed objections.

　　The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

　　Accordingly, the Report and Recommendation of United States Magistrate Judge (#35) is **ADOPTED**. The motion to dismiss (#28) filed by defendants Collins and Vincent is **GRANTED** and the claims against defendants Collins and Vincent are **DISMISSED**.

　　SIGNED at Beaumont, Texas, this 8th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE